UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

RICHARD MEJIA, Individually, and On
Behalf of All Others Similarly Situated,

                      Plaintiff,

  vs.

MDLIVE, INC.,

                      Defendant.

---------------------------------------------------------------- x

Case No.: 1:22-cv-03567-JPO

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Richard Mejia hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant MDLive, Inc.

DATED:  December 9, 2022

**MIZRAHI KROUB LLP**

               /s/ Edward Y. Kroub
                 EDWARD Y. KROUB

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*